CONNECTICUT ASSOCIATION OF CHILD CARING AGENCIES ET AL. *v.* ROSE ALMA SENATORE ET AL.

The petition of the plaintiff Connecticut Association of Child Caring Agencies for certification for appeal from the Appellate Court (AC 12986) is denied.

BERDON, J., dissenting. I would grant the petition of the plaintiff Connecticut Association of Child Caring Agencies for certification.

*Mark R. Kravitz,* in support of the petition.

*Ralph E. Urban,* assistant attorney general, in opposition.

Decided March 25, 1994

DIME SAVINGS BANK OF WALLINGFORD *v.* CARL CORNAGLIA ET AL.*

The defendant Rose Marie Cornaglia's petition for certification for appeal from the Appellate Court, 33 Conn. App. 549 (AC 12098), is granted, limited to the following issue:

"Assuming that a finding by the trial court was necessary to enable appellate review of the trial court's decision, should the Appellate Court have remanded to the trial court for articulation of the reasons for its decision?"

The Supreme Court docket number is SC 14915.

*Donald C. Lunt,* in support of the petition.

*Bruce A. Fontanella,* in opposition.

Decided March 25, 1994

---

* The defendant's appeal was withdrawn October 17, 1994.